

**U. S. Department of Justice**

**MICHAEL F. EASLEY, JR.**
*United States Attorney*
*Eastern District of North Carolina*

Wells Fargo Bldg.
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: February 9, 2024

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: William Van Trigt
Special Assistant U.S. Attorney

SUBJECT: United States v. Dwayne Ingram
Docket No. 7:24CR15 - Southern Division

The above-named defendant is being charged by Criminal Information with possession of a firearm by a prohibited person in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

The defendant is currently before the court pursuant to a Motion for Revocation on Offender Under Supervised Release following his prosecution in United States v. Dwayne Ingram, docket number 7:23-CR-28-1FL. The facts giving rise to the revocation motion also form the basis for the instant prosecution. Therefore, these are related cases within the meaning of EDNC Local Criminal Rule 50.1. Substantial duplication would be required if these cases were heard by different judges.

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney